# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHANE MICHAEL OENNING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KAMALA HARRIS, Attorney General of California,<br><br>　　　　　Respondent. | Case No.  14-cv-02781-BLF<br><br>**JUDGMENT** |

The Court having dismissed Petitioner's habeas petition with prejudice,

Judgment is hereby entered for Respondent and against Petitioner.  Petitioner shall obtain no relief by way of his petition.

Dated: January 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge